IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

Edward Gibbs Pro-Se,
   Appellant,

v.

Warden Thomas Carrol
   Appellee,

Civil Action No. 07-36

FILED
JAN 18 2006

## Motion for Appointment of Counsel

Comes now, the appellant, Edward Gibbs, Pro-Se, and moves this Honorable Court for Appointment of counsel, to represent appellant.

In support of this motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. The appellant request appointment of counsel under 1853006 A (a)(1)(H) is entitled to appointment of counsel under the Sixth Amendment to the constitution; Appellant didn't have assistance of counsel on his appeal direct or any post conviction.

2. Appellant request counsel under 1853006 (a)(A)(I) Appellant received a 20 year sentence a loss of liberty in a case, and federal law requires the appointment of counsel; Also under (2)(B) Is seeking relief under Section 2254 of title 28 Del. Appeals Procedure.

3. Appellant is unskilled in the law.

4. The administration at the Delaware Correctional center where the appellant is held limits the days and times that appellant is allowed access to the law Library.

5. Appointment of counsel would serve the "best interests of Justices" in this case.

Wherefore, appellant prays this Honorable Court appoint Counsel to represent the appellant.

Dated: 1-15-2007

Edward Gibbs
Edward Gibbs Pro-Se,
D.C.C. 1181 Paddock Road
Smyrna Del, 19977