IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Edward Gibbs  
  Appellant pro-se

v.

Warden Thomas Carrol  
  Appellee

Civil action No. 07-　36

FILED JAN 18 2006

## Motion for Evidentiary Hearing

Comes Now, the appellant, Edward Gibbs, pro-se, and moves this Honorable Court for Evidentiary Hearing. In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant requests an Evidentiary hearing so that the record record can be fully developed, the lower court denied appellant's motion for Evidentiary Hearing and the record wasn't fully developed.

2. Appellant requests an Evidentiary hearing so that the record can be developed on the claim Judge Bradley abused his discretion in failing to make an inquiry into appellant claim conflict brought to his attention 10-22-03 Counsel failed to subpoena witnesses.

3. Appellant requests an evidentiary hearing so that the record can be fully developed on the claim ineffective assistance of counsel, counsel failed to subpoena Appellant witnesses.

4. Appellant requests an evidentiary hearing so that the record can be fully developed on the claim Supreme Court Errored didn't hear Appellant claim ineffective assistance on direct Appeal.

5. Appellant requests an evidentiary hearing so that the record can be fully developed on the claim Superior Court lacked Jurisdiction Appellant didn't make a valid waiver of Preliminary hearing.

Wherefore, appellant asks that the court grant an evidentiary hearing in support of the above claims so that the record can be developed.

Date: 1-15-2007

Edward Gibbs Pro-Se
D.C.C 1181 Paddock Road
Smyrna Del, 19977