Clerk,    1-30-2007    Case # 1:07-CV-36 JJF

I'm writing in regards of my Habeas Corpus, I put it in the mail on 1-15-07.

I would like to know if the Court received it?

Thank you for your time.

Thank you,
Edward Gibbs

c.c., E.G.



FILED
FEB -2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Edward G. Gibbs WILMINGTON DE 197
SBI# 443876    UNIT    FEB 2007 PM 1 T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Clerk U.S. District Court
Lock Box 18 844 King St.
Wilmington Del
19801-3570