OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 2, 2007

TO: Edward Gibbs, Jr.
SBI #148876
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: New Complaint Received - Civil Action 07-36 JJF**
    **Gibbs v. Carroll, et al.**

Dear Mr. Gibbs:

We are in receipt of a new civil action submitted by you, to which we have assigned Civil Action Number 07-36. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case. Enclosed please find a docket sheet.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet