AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware



FILED
FEB 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Civil Action No. 07 cv 36 -JJF

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A
### UNITED STATES MAGISTRATE JUDGE
### TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

Feb 9, 2007
(Date forms issued)

Edward Gibbs Pro-Se
(Signature of Party or their Representative)

Edward Gibbs Pro-Se
(Printed name of Party or their Representative)

Please complete & return this form.

Note: Completed receipt will be filed in the Civil Action