United States District Court
For the District of Delaware



# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 07cv36JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

