D.I. #_____

## CIVIL ACTION
## NUMBER: 07-36 (JJF)

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage                $ 2.31
Certified Fee            2.40
Return Receipt Fee       1.85
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $ 6.56

Postmark: MAR 9, RODNEY SQ STA, 19801, USPS

Sent To: WARDEN TOM CARROLL
         DELAWARE CORRECTIONAL CENTER
Street, Apt. No.; or PO Box No.: 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

Tracking: 7005 1820 0004 3169 6732

PS Form 3800, June 2002         See Reverse for Instructions
```