IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD GIBBS, JR., :
:
     Petitioner, :
:
v. : Civ. No. 07-36-JJF
:
THOMAS L. CARROLL, :
Warden, and ATTORNEY :
GENERAL OF THE STATE :
OF DELAWARE, :
:
     Respondents. :

**O R D E R**

At Wilmington this 16 day of March, 2007;

IT IS ORDERED that:

Petitioner Edward Gibbs, Jr.'s Motion For Evidentiary Hearing is DENIED without prejudice to renew. (D.I. 3.) The State has not yet filed its Answer or state record.

                                                                      UNITED STATES DISTRICT JUDGE