United States District Court
For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 07 cv36 JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.



FILED
MAR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE