IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD GIBBS,                          )
                                       )
            Petitioner,                )
                                       )
    v.                                 )        Civ.Act.No. 07-36-JJF
                                       )
THOMAS CARROLL, Warden                 )
and JOSEPH R. BIDEN, III, Attorney     )
General for the State of Delaware      )
                                       )
            Respondents.               )

## ORDER

This _25_ day of __May__, 2007.

WHEREAS, respondents having requested an extension of time in which to file

an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made

and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before

May 30, 2007.


United States District Judge