IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Edward Gibbs pro-se,                    C.V. Act. No: 07-36-JJF
            Appellant

    V.

Warden Thomas Carrol
            Appellee,



## Motion To Compel

Comes now, the appellant, Edward Gibbs pro-se, and Compel the court to Reverse and Remand Appellant Conviction for the following reasons:

1) Appellant filed a writ of Habeas Corpus January 15, 2007 citing four claims and exhausting his appellant remedies.

2) The Appellee's filed for Three (3) motions for Extension of time the 1st May 17, 2007, the 2nd June 18, 2007 the 3rd July 18, 2007; the record was Due to be filed in this court August 20, 2007

Wherefore Appellant States that a colorable claim has been filed and in the best interest of Justice and Equal Protection of Appellant Due Process rights appellant requests that this court Reverse and Remand Appellant Case.

Edward Gibbs pro-se
D.C.C. 1181 Paddock Rd.
Smyrna Del, 19977

Date: 8-23-2007

## Certificate of Service

I, Edward Gibbs ,hereby certify that I have served a true

And correct cop(ies) of the attached: Motion To Compel

_____ upon the following

parties/person (s):

TO: James T. Wakley

Dell. of Justice

Carvel State office bldg.

820 N. French St.

Wilson Del. 19801

TO: Clerk

United States District Court

Lockbox 18 844 King St.

Wilmington Del.

19801

TO:_____

_____

_____

_____

_____

TO: _____

_____

_____

_____

_____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 23 rd  day of August ,200 7

Edward Gibbs

I/M Edward Gibbs
SBI# 148826    UNIT D\E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
24 AUG 2007 PM 1 T

USA First-Class

Legal mail

Clerk
U.S. District court
Lockbox 18 844 King st.
Wilmington Del
19801

19805/0012