IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD GIBBS JR., | : |
|     Petitioner, | : |
| v. | :   Civil Action No. 07-36-JJF |
| THOMAS L. CARROLL, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
|     Respondents. | : |

**O R D E R**

At Wilmington this 30 day of August, 2007;

IT IS ORDERED that:

Petitioner Edward Gibbs, Jr.'s Motion for an Evidentiary Hearing is **DENIED** without prejudice to renew. (D.I. 17.) The State has not yet filed the state record.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE