IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EDWARD GIBBS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-36-JJF |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Appellant's Opening Brief and exhibits (612, 2003)

b. State's Motion to Affirm (612, 2003)

c. February 4, 2005 Order (612, 2003)

d. Appellant's Opening Brief (203, 2006)

e. State's Motion to Affirm (203, 2006)

f. November 30, 2006 Order (203, 2006)

g. January 5, 2007 Order (203, 2006)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
DATE: September 18, 2007                Del. Bar. ID No. 4612

1

2

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also certify that on September 18, 2007, I will mail, by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Edward Gibbs
SBI No. 00148876
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: September 18, 2007