IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD GIBBS, JR.,         :
                           :
        Petitioner,        :
                           :
    v.                     :    Civ. Act. No. 07-36-JJF
                           :
THOMAS L. CARROLL, Warden, :
                           :
        Respondent.        :

### O R D E R

Petitioner Edward Gibbs, Jr. Has filed a "Motion to Compel the Court to Reverse and Remand Appellant Conviction." (D.I. 28.) To the extent this Motion is a motion for default judgment based on the State's failure to file a state court record, the record reveals that the State filed the state court record on September 18, 2007. (D.I. 31.) To the extent the Motion merely supports Petitioner's § 2254 application for habeas relief ("Petition"), the Court will consider the assertions in the Motion when it reviews the Petition.

10/31/07
―――――――――
   DATE

                              ―――――――――――――――――――――
                              UNITED STATES DISTRICT JUDGE