Clerk,                                                    Civ. Act. No. 07-36-JJF

    I'm writing requesting a Docket sheet from Jan. 2007
up to Jan. 2008.

Also, I'm requesting information pertaining to the order of
10-31-2007. I need to know how long do the State have
to supplement the record to Send two Docket Sheets and
portions of transcripts?

    Thank you for your time.

             Thank you,
             Edward Gillis

Jan. 2, 2008
c.s.E.G. pro-se,



F I L E D

JAN - 7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M Edward Gibbs

SBI# 118826    UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

WILMINGTON DE 197

04 JAN 2008 PM 1 L

Clerk U.S. District Court
844 N. King Street, lockbox Legal mail
Wilmington
Del
19801-3570