OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 7, 2008

TO:

**Edward Gibbs, Jr.**
SBI #148876
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:** *Request for Docket Sheet*
          *CA 07-36 JJF*

Dear Mr. Gibbs:

    A letter has been received by the Clerk's Office from you requesting a copy of the docket sheet.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                          Sincerely,

/rwc                                       PETER T. DALLEO
                                              CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
     Pro Se Law Clerk
enc. Docket Sheet

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 7, 2008

TO:

**Edward Gibbs, Jr.**
SBI #148876
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:** *Request for Docket Sheet*
          *CA 07-36 JJF*

Dear Mr. Gibbs:

    A letter has been received by the Clerk's Office from you requesting a copy of the docket sheet.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                      Sincerely,

/rwc                                   PETER T. DALLEO
                                        CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
     Pro Se Law Clerk
enc. Docket Sheet