IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD GIBBS JR., :
:
      Petitioner, :
:
v. : Civil Action No. 07-36-JJF
:
PERRY PHELPS, Warden, :
and ATTORNEY GENERAL :
OF THE STATE OF :
OF DELAWARE, :
:
      Respondents.[1] :

**O R D E R**

On October 31, 2007, the Court ordered Respondents to supplement the state court record in the instant case with the most recent Superior Court Criminal Docket, Delaware Supreme Court Criminal Docket, and the following pages of Petitioner's December 19, 2003 sentencing transcript: 24-26, 30-46, and 47 to the end. (D.I. 34.) Respondents have not complied with that Order, and the Court cannot review the instant Petition without that supplemental information. Therefore, no later than January 30, 2008, Respondents are ordered to file: (1) the most recent Superior Court Criminal Docket; (2) the most recent Delaware Supreme Court Criminal Docket; and (3) the entire transcript

---

[1] Warden Perry Phelps assumed office in January, 2008, replacing former Warden Thomas Carroll, an original party to this case. See Fed. R. Civ. P. 25(d)(1).

of Petitioner's December 19, 2003 sentencing proceeding.[2]

_____January 25, 2008_____         _____/s/ Joseph J. Farnan Jr._____
          DATE                              UNITED STATES DISTRICT JUDGE

---

[2] The Court originally directed Respondents to file certain pages of the Petitioner's sentencing transcript. However, at this point in time, having the entire transcript would facilitate the Court's review of the pending Petition.