IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EDWARD GIBBS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-36-JJF |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.   Pursuant to the Court's order of January 25, 2008, notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

   a. Superior Court Criminal Docket ID#0305016899 (retrieved January 30, 2008).

2.   Counsel has been unable to obtain copies of the transcript of Gibbs' sentencing. Counsel has contacted the Sussex County office of the Department of Justice to enquire whether a copy of the transcripts can be located in our files. Counsel has not, as of yet, received a reply. In the event that a copy of the sentencing transcript cannot be found in Department of Justice records, counsel will petition the Delaware Superior Court for a copy of the records.

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
DATE: January 30, 2008          Del. Bar. ID No. 4612

1

2

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF. I also certify that on January 31, 2008 I will manually file the state court records referenced therein and mail, by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Edward Gibbs
SBI No. 00148876
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: January 30, 2008