James T. Wakley  
Deputy Attorney General  
Department of Justice  
820 N. French St.  
Wilmington Del, 19977

Edward Gibbs pro-se,  
DCC 1181 Paddock Rd.  
Smyrna Del, 19977

March 10, 2008  
Civ. Act. No. 07-36-JJF



Mr. Wakley,

   I'm writing this letter to bring to your attention that you are in default of the court order of January 25, 2008, the order was for you to send a Docket sheet from Supreme Court also the Sentencing Transcript of 12-19-2003.

   You sent a Docket sheet from Superior Court Sussex County which shows that the Sentencing Transcripts were filed 3-8-2004. You're abusing your authority and taking advantage of the court by not sending the transcripts.

   Also, Mr. Wakley, you attached a copy of a motion for a Extension from Wilson v. Carroll 1:07-CV567 that's not my case number and I oppose your motion. You had 4 previous Extensions and it took you 4 months to send the record.

   If the court grant you a extension under these false pretense it's a abuse of discretion and prejudical to me and I will be filing a petition for Judge Farnum to recuse himself from my case.

cc. U.S. District Court clerk,

Edward Gibbs  
Edward Gibbs pro-se  
DCC 1181 Paddock Rd.  
Smyrna Del, 19977

Certificate of Service

I, Edward Gibbs pro-se, hereby, certify that I have served a true and correct copie of the attached: _____ Letter of default _____ upon the following person:

To: James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French St.
Wilm, Del, 19801

To: Office of The Clerk
United States District Court
820 N. King St. Lockbox 18
Wilm. Del, 19801

By placing same in A sealed Envelope, and depositing same in the united states mail at the Delaware Correctional Center, Smyrna, DE, 19977.

on this 10th day of March, 2008

Edward Gibbs

I/M Edward Gibbs
SBI# 148876    UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
10 MAR 2008 PM 1 L

Legal mail

Office of The Clerk
United States District Court
820 N. King St. Lockbox 18
Wilmington, Delaware
19801