IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EDWARD GIBBS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-36-JJF |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Pursuant to the Court's order of January 25, 2008, notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

   a. Transcript of Proceedings before Superior Court (December 19, 2003)

<br>

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
DATE: March 25, 2008                    Del. Bar. ID No. 4612

1

CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF. I also certify that, on March 26, 2008, I will manually file the state court records referenced therein and mail, by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Edward Gibbs
SBI No. 00148876
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: March 25, 2008