NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DISTRICT COURT DOCKET NUMBER: 07-36-JJF

v.

DISTRICT COURT JUDGE: Joseph J. Farnan

Edward Gibbs Jr. pro-se,

Notice is hereby given that Edward Gibbs Jr. (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on May 9, 2008 (date)

Dated: May 19, 2008

Edward Gibbs Jr., Pro-se,
(Counsel for Appellant-Signature)

FILED
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RO scanned

Edward Gibbs Jr. Pro-se
(Name of Counsel - Typed)
Delaware Correctional Center
1181 Paddock Road
(Address)
Smyrna Del, 19977
(City, State Zip)

_____
(Telephone Number)

James Turner Wakley
(Counsel for Appellee)
Department of Justice Carvel State off. bldg.
820 N. French St.
(Address)
Wilmington Del, 19801
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD GIBBS, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 07-36-JJF |
| PERRY PHELPS, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
| Respondents. | : |

## O R D E R

At Wilmington, this __9__ day of May, 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Edward Gibbs' Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. Petitioner's Motion for Evidentiary Hearing (D.I. 43.) is **DENIED**.

3. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE