UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Edward Gibbs Jr.,                    )
                                     )
        Petitioner,                  )   D.C. Case No. 07-36
                                     )
v.                                   )   Third Cir. No. _____
                                     )
Perry Phelps           , Warden,     )
Delaware Correctional Center, and Attorney )
General of the State of Delaware, _____   )
Beau Biden                           )
                                     )
        Respondent.                  )

FILED
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned

Petition for Certificate of Appealability

To the Honorable Circuit Judges of the United States Court of Appeals for the Third Circuit:

The petition of Edward Gibbs respectfully shows:

1. That petitioner made application to the Honorable Joseph J. Farnan, Judge of the United States District Court of Delaware on January 18, 2007 for a writ of habeas corpus. A copy of which application is attached.

2. The said Judge of said United States District Court denied petitioner's application for a writ of habeas corpus by an order dated May 9, 2008. A copy of which is attached.

3. Petitioner filed a notice of **appeal** from said order in said district court on May 19, 2008. A copy of said notice of **appeal** is attached.

4. The detention complained of by your petition in his application for a writ of habeas corpus arose out of process issued by a state court, to wit:

1) Superior court lacked jurisdiction; No valid waiver of preliminary hearing, not waived open court, Super. Ct. Crim. R. 5(d)

- See attached sheet -

2) Judge Ruled; Abused discretion; Failed to make inquiry to conflict; Glasser v U.S. 62 S.ct 457 (1942) U.S.C.A. 6th

3) Ineffective assistance of counsel; Counsel failed to Subpoena witnesses; DE Const.Art 1,§7... U.S.C.A. 6..., U.S. v. Cronic 466 U.S. 64. (1984)

(4) Supreme Court Erred; by not ruling on direct appeal claim; Ineffective Assistance of counsel... James K. Lewis v. State DE. 757 A2d 709 (2000) U.S.C.A. 6

Denied Motion Evidentiary hearing; challenging U.S.C.A. 8th & 14th Townsend V. Sain 83 S.ct. 745 (1963)... Ricky Lee Earp V. S.W. Ornoski 431 F3d 1158 (2005)...

5. The above-named Judge of said United States District Court has refused to issue a Certificate of Appealability upon petitioner's application for writ of habeas corpus for the reasons stated in his/her order dated May 9, 2008 denying petitioner's petition for a Certificate of Appealability. A copy of said order is attached.

6. Under Rule 22(b) of the Federal Rules of Appellate Procedure, it is necessary for a Certificate of Appealability to be issued before the petitioner may appeal to this court from the denial of his application for a writ of habeas corpus.

7. In addition to the reasons stated in petitioner's application for a writ of habeas corpus, a Certificate of Appealability should be issued for the following reasons: Jurists of reason would find it debatable whether the court was correct in it's procedure ruling Slack V. McDaniel 529 U.S. 473, 484 (2000)

Wherefore, your petitioner respectfully request that a Certificate of Appealability be issued.

Dated: May 19, 2008        Edward DiLilio

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Certificate of Service

I, Edward Gibbs, hereby certify that I have served a true And correct cop(ies) of the attached: Notice of Appeal + Order (2) U.S. District Court, forma pauperis, Habeas corpus, CoA upon the following parties/person (s):

1 copie
TO: James T. Wakely
Department of Justice
820 N. French St
Wilmington Del,
19801

TO: Clerk   3 copies
United States District Court
844 N. King St, Lock box 18
Wilmington Del,
19801-3570

4 copies
TO: Clerk Third Circuit
United States Court House
601 Market St
Philadelphia Pa,
19106

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 19 day of May, 2008

Edward Gibbs