AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Edward Gibbs Jr.
_____
Plaintiff

V.

Perry Phelps
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07-36

I, Edward Gibbs _____ declare that I am the (check appropriate box)

- [x] Petitioner/Plaintiff/Movant          • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
MAY 23 2008
US DISTRICT COURT
DISTRICT OF DELAWARE
BD scann d

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    •[x] Yes    • • No    (If "No" go to Question)

   If "YES" state the place of your incarceration _____

   Inmate Identification Number (Required): 00148876

   Are you employed at the institution? N   Do you receive any payment from the institution? N

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes    •[x] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • | [x] |
   | b. | Rent payments, interest or dividends | • • | [x] |
   | c. | Pensions, annuities or life insurance payments | • • | [x] |
   | d. | Disability or workers compensation payments | • • | [x] |
   | e. | Gifts or inheritances | • • | [x] |
   | f. | Any other sources | [x] | • • |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 4/05)

+ I receive about $20 every 3 months for cosmetics

4. Do you have any cash or checking or savings accounts?   ·· Yes   ✗ No

   If "Yes" state the total amount $ 0.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   ·· Yes   ✗ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   N/A

I declare under penalty of perjury that the above information is true and correct.

May 19, 2008                    Edward Dibbs
DATE                            SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:       *Edward Gibbs*        SBI#: *148876*

FROM:   Stacy Shane, Support Services Secretary

RE:       **6 Months Account Statement**

DATE:   *May 15, 2008*

---

Attached are copies of your inmate account statement for the months of *November 1, 2007* to *April 30, 2008*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 15.91 |
| Dec | 119.98 |
| Jan | 86.87 |
| Feb | 79.89 |
| March | 52.08 |
| April | 35.51 |

Average daily balances/6 months: *65.04*

Attachments
CC:  File

*Stacy Shane*
5/15/08

*[signature]*
5/15/08

# Individual Statement
## From November 2007 to December 2007

Date Printed: 5/15/2008                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00148876 | GIBBS | EDWARDS | C | JR | Beginning Month Balance: | $0.19 |
| Current Location: D/E | | | | | Ending Month Balance: | $103.52 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 11/28/2007 | $157.22 | $0.00 | $0.00 | $157.41 | 519285 | 49451584952 | | DE NAT BANK |
| Canteen | 12/5/2007 | ($14.42) | $0.00 | $0.00 | $142.99 | 523497 | | | |
| Pay-To | 12/7/2007 | ($15.00) | $0.00 | $0.00 | $127.99 | 525119 | | NAACP | |
| Canteen | 12/12/2007 | ($11.14) | $0.00 | $0.00 | $116.85 | 526547 | | | |
| Canteen | 12/19/2007 | ($13.33) | $0.00 | $0.00 | $103.52 | 529717 | | | |

Ending Month Balance: $103.52

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

Date Printed: 5/15/2008

**Individual Statement**
**From January 2008 to April 2008**

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00148876 | GIBBS | EDWARDS | C | JR | | Beginning Month Balance: | $103.52 |
| Current Location: | D/E | | Comments: | | | Ending Month Balance: | $39.63 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2008 | ($9.99) | $0.00 | $0.00 | $93.53 | 536008 | | | |
| Pay-To | 1/3/2008 | ($2.00) | $0.00 | $0.00 | $91.53 | 537200 | | MASJID MUHAMMAD | |
| Canteen | 1/9/2008 | ($6.11) | $0.00 | $0.00 | $85.42 | 539485 | | | |
| Canteen | 1/23/2008 | ($9.63) | $0.00 | $0.00 | $75.79 | 545305 | | | |
| Mail | 1/30/2008 | $50.00 | $0.00 | $0.00 | $125.79 | 548584 | 12110614964 | | R FILLIAM |
| Canteen | 1/30/2008 | ($15.55) | $0.00 | $0.00 | $110.24 | 548875 | | | |
| Canteen | 2/7/2008 | ($9.95) | $0.00 | $0.00 | $100.29 | 552663 | | | |
| Pay-To | 2/7/2008 | ($20.00) | $0.00 | $0.00 | $80.29 | 553088 | | BRENDA GIBBS | |
| Canteen | 2/13/2008 | ($11.25) | $0.00 | $0.00 | $69.04 | 555854 | | | |
| Canteen | 3/5/2008 | ($8.15) | $0.00 | $0.00 | $60.89 | 566262 | | | |
| Medical | 3/13/2008 | $0.00 | ($4.00) | $0.00 | $60.89 | 570131 | | 3/5/08 | |
| Medical | 3/13/2008 | ($4.00) | $0.00 | $0.00 | $56.89 | 570497 | | 3/5/08 | |
| Canteen | 3/19/2008 | ($11.71) | $0.00 | $0.00 | $45.18 | 572285 | | | |
| Medical | 3/20/2008 | $0.00 | ($4.00) | $0.00 | $45.18 | 573662 | | 3/11/08 | |
| Medical | 3/20/2008 | ($4.00) | $0.00 | $0.00 | $41.18 | 573828 | | 3/11/08 | |
| Canteen | 3/26/2008 | ($4.91) | $0.00 | $0.00 | $36.27 | 575566 | | | |
| Canteen | 4/2/2008 | ($6.18) | $0.00 | $0.00 | $30.09 | 578666 | | | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.32) | $30.09 | 590009 | | 4/1/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.32) | $30.09 | 590011 | | 4/1/08 | |
| Mail | 4/25/2008 | $30.00 | $0.00 | $0.00 | $60.09 | 592103 | 9238017367 | | B GIBBS |
| Supplies-MailPosta | 4/25/2008 | ($0.32) | $0.00 | $0.00 | $59.77 | 592765 | | 4/1/08 | |
| Supplies-MailPosta | 4/25/2008 | ($0.32) | $0.00 | $0.00 | $59.45 | 592767 | | 4/1/08 | |
| Canteen | 4/30/2008 | ($19.82) | $0.00 | $0.00 | $39.63 | 594339 | | | |

Ending Month Balance: $39.63

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

I/M Edward Gibbs
SBI# 148876   UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington Del,
19801-3570

Legal mail