UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

June 4, 2008

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: Gibbs v Carroll
Civil Action No.  07-36 JJF
USCA No. 08-2539

Dear Ms. Waldron:

Enclosed please find:

The Actual Records are being sent DI#  31, 39, 42.  Documents filed after February 28, 2005 will not be sent.  They were electronically filed.  Please find them on cm/ecf.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

  /s/ Elizabeth Strickler
Deputy Clerk

Enclosures              Sign here  _____