IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD GIBBS, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 07-36-JJF |
| PERRY PHELPS, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
| Respondents. | : |

**O R D E R**

Petitioner Edward Gibbs' Motion To Proceed <u>In Forma Pauperis</u> On Appeal (D.I. 48.) is **GRANTED**. <u>See</u> Federal Rule of Appellate Procedure 24(a).

_June 5, 2008_
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE